THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CALMAN COOPER, HARRY A. STEIN and NATHAN WISSNER, Appellants.

Argued November 19, 1951; decided March 6, 1952.

*Peter L. F. Sabbatino. Edward J. Fontana, Sidney Neubauer* and *Joseph W. Campanella* for Calman Cooper, appellant.

*Philip J. O'Brien, Jr., John J. Duff* and *Philip J. O'Brien* for Harry A. Stein, appellant.

*J. Bertram Wegman, I. Maurice Wormser, Richard J. Burke* and *Myron L. Shapiro* for Nathan Wissner, appellant.

*George M. Fanelli, District Attorney (John C. Marbach* and *John J. O'Brien* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 303 N. Y. 982.]